AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DANIEL S. SWARTZ,

    Plaintiff,

    v.

BENTON COUNTY JAIL STAFF and BENTON COUNTY JAIL MEDICAL STAFF,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5091-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the action is DISMISSED WITHOUT PREJUDICE for failure to prosecute under Federal Rule of Civil Procedure 41(b).

August 23, 2011
*Date*

JAMES R. LARSEN
*Clerk*

s/ Renea Ferrante
*(By) Deputy Clerk*

Renea Ferrante